UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NY DAILY NEWSWIRE, LLC.,

               Plaintiff,

-v-

ON LOCATION TOURS, INC.,

               Defendant.

CIVIL ACTION NO.: 25 Civ. 2815 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As defendant was served with a summons and Complaint on April 18, 2025 (ECF No. 9), defendant's response to the complaint was due on May 9, 2025. As a one-time courtesy, the Court <u>sua sponte</u> EXTENDS defendant's deadline to respond to the Complaint until **Thursday, May 15, 2025**. Defendant is warned that failure to respond to the Complaint by the extended deadline may result in an Order directing Plaintiff to initiate default proceedings.

Dated:    New York, New York
            May 12, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**