UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NY DAILY NEWSWIRE, LLC.,

                Plaintiff,

  -v-

ON LOCATION TOURS, INC.,

                Defendant.

CIVIL ACTION NO.: 25 Civ. 2815 (DEH) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant, having been served with a summons and Complaint on April 18, 2025 (ECF No. 9), was required to respond to the Complaint by May 9, 2025. On May 12, 2025, as a courtesy, the Court sua sponte extended defendant's deadline to respond to the Complaint until Thursday, May 15, 2025 (ECF No. 10). To date, no Answer has been filed on the docket despite the Court's warning to defendant in the Order dated May 12, 2025 that the Court may direct Plaintiff to initiate default proceedings against Defendant if no Answer is filed by May 15, 2025. Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Tuesday, May 27, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Dale E. Ho, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Tuesday June 10, 2025.**

Dated:    New York, New York
            May 16, 2025

                                              SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge