UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NY Daily Newswire, LLC,<br><br>Plaintiff,<br><br>v.<br><br>On Location Tours, Inc.,<br><br>Defendant. | Case No: 1:25-cv-02815-DEH-SLC<br><br>**ORDER** |

**WHEREAS,** this matter having come before the Court on the motion of the plaintiff, NY Daily Newswire, LLC ("*Plaintiff*"), for entry of a default judgment against the defendant On Location Tours, Inc. ("*Defendant*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and

**WHEREAS,** Plaintiff filed his motion for entry of default judgment seeking the sum of $6,700.00 in statutory damages for direct copyright infringement, the sum of $5,118.50 in attorneys' fees, and the sum of $470.10 in costs plus interest; and

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's motion for default judgment; and

**WHEREAS** the Court scheduled a hearing for Plaintiff's motion on October 22, 2025, and Defendant failed to appear; it is therefore now

**ORDERED ADJUDGED AND DECREED** that Plaintiff's application for default is **GRANTED** pursuant to Fed. R. Civ. P. 55(b)(2); and it is further

**ADJUDGED AND DECREED** that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work.

**ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment.

A referral for an inquest on damages to the assigned Magistrate Judge shall issue separately.

SO ORDERED.

Dated: October 22, 2025
New York, New York

_____
Dale E. Ho
United States District Judge