UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NY DAILY NEWSWIRE, LLC.,

                Plaintiff,

-v-

                CIVIL ACTION NO. 25 Civ. 2815 (DEH) (SLC)

ON LOCATION TOURS, INC.,

                **SCHEDULING ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Honorable Dale E. Ho's referral to the undersigned to conduct an inquest on damages (Dkt. No. 29), it is hereby ORDERED that:

1. Plaintiff has submitted a memorandum of law, statement of damages, and two declarations with accompanying exhibits in support of its motion for default judgment. (Dkt. Nos. 21–24 (the "Damages Submission")).

2. Defendant shall submit its response to Plaintiff's Damages Submission, if any, no later than **Thursday, November 6, 2025**. IF DEFENDANT (1) FAILS TO RESPOND TO PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAILS TO CONTACT MY CHAMBERS BY **NOVEMBER 6, 2025** AND REQUEST AN IN-COURT HEARING, WE INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109

F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (quoting Fustok v. ContiCommodity Services Inc., 873 F.2d 38, 40 (2d Cir. 1989))).

Plaintiff is directed to serve this Order on Defendant and file proof of service on the docket by **Monday, October 27, 2025.**

Dated:    New York, New York
           October 23, 2025

SO ORDERED.

*[signature]*

SARAH L. CAVE
**United States Magistrate Judge**

| Requested Attorneys' Fees | | | |
|---|---|---|---|
| **Timekeeper** | **Requested Rate** | **Requested Hours** | **Requested Total** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **TOTAL**: |  |

| Requested Costs | | |
|---|---|---|
| **Type of Expense** | **Evidence (with ECF cite)** | **Amount Requested** |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **TOTAL**: |  |