UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NY Daily Newswire, LLC, | |
| Plaintiff(s), | 25-CV-2815 (DEH) |
| v. | |
| On Location Tours, Inc., | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On December 15, 2025, Magistrate Judge Cave issued a Report and Recommendations with respect to damages in this matter. ECF No. 33. The deadline for objections was December 29, 2025. *Id.* No objections have been filed. Having reviewed the Report, the Court finds no error in it, clear or otherwise, and adopts it in full.

Plaintiff is ordered to file a proposed Order on Default Judgement consistent with the damages, attorneys' fees, and costs discussed in Magistrate Judge Cave's Report and Recommendation by **January 27, 2026**.

SO ORDERED.

Dated:  January 23, 2026
New York, New York

_____
DALE E. HO
United States District Judge