**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| NY Daily Newswire, LLC,<br><br>Plaintiff,<br><br>v.<br><br>On Location Tours, Inc.,<br><br>Defendant. |

Case No: 1:25-cv-02815-DEH-SLC

## [PROPOSED] DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on the motion of Plaintiff NY Daily Newswire, LLC ("*Plaintiff*") for entry of a default judgment against the defendant On Location Tours, Inc. ("*Defendant*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and

**WHEREAS,** Defendant did not file any opposition to Plaintiff's motion for default judgment; and

**WHEREAS** the Court issued an Order dated October 2, 2025, which directed Defendant to show cause at a hearing to be held on October 22, 2025, why the Court should not issue an Order granting default judgment against Defendant; and

**WHEREAS** Defendant failed to appear at the show cause hearing; and

**WHEREAS** the Court entered judgment in favor of Defendant on liability on October 22, 2025, and referred this case to Magistrate Judge Sarah L. Cave for an Inquest on Damages; and

**WHEREAS** Judge Cave issued a Report and Recommendation on December 15, 2025, on Plaintiff's motion recommending that Plaintiff be awarded the sums of:

(a) $6,700.00 in statutory damages under the Copyright Act; and

(b) Reasonable attorneys' fees and costs in the amounts of $4,580.00 and $470.10; and

**WHEREAS** no party has raised any objections to Judge Cave's December 15, 2025, Report and Recommendation;

**WHEREAS** by Order dated January 26, 2026, the Court adopted Judge Cave's Report and Recommendation in its entirety; it is now therefore

**ORDERED ADJUDGED AND DECREED** that Defendant shall pay $6,700.00 in statutory damages under 17 U.S.C. § 504(c); and it is further

**ORDERED ADJUDGED AND DECREED** that Defendant shall pay $4,580.00 in attorneys' fees and $470.10 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); and it is further

**ORDERED ADJUDGED AND DECREED,** that Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961; and it is further

**ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is further

**ORDERED** that this case is closed, and the Clerk of the Court is respectfully directed to remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated:  January 28, 2026
New York, New York

**SO ORDERED.**

_____
Dale E. Ho
United States District Judge